UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEARTLAND CONSUMER PRODUCTS LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PEET'S COFFEE, INC., <br><br> Defendant. | Case No. 24-cv-03033-WHO <br><br> **ORDER OF DISMISSAL UPON SETTLEMENT** <br><br> Re: Dkt. No. 53 |

The parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement. Pursuant to their notice, this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. The Court shall retain jurisdiction to enforce the settlement if necessary.

**IT IS SO ORDERED**.

Dated: February 11, 2025

WILLIAM H. ORRICK
United States District Judge